UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CASSANDRA L. JOHNSON,<br><br>Plaintiff,<br><br>v.<br><br>LOUIS DEJOY, *et al.*,<br><br>Defendants. | Case No. 2:25-cv-1058-DAD-JDP (PS)<br><br>ORDER |

On April 9, 2025, plaintiff filed a complaint against Louis DeJoy, the former United States Postmaster General, and four Postal Service employees. ECF No. 1. Plaintiff has now filed a motion asking that the court direct the United States Marshals Service to complete service of process on her behalf. ECF No. 6.

It is plaintiff's responsibility to serve each defendant with a copy of the summons and complaint. Fed. R. Civ. P. 4(c)(1) ("The plaintiff is responsible for having the summons and complaint served within the time allowed by Rule 4(m) and must furnish the necessary copies to the person who makes service."). Although a court may, at the plaintiff's request, order the marshal to complete service, the court is not obligated to grant such a request. *See* Fed. R. Civ. P. 4(c)(3) ("At the plaintiff's request, the court *may* order that service be made by a United States marshal . . . .") (emphasis added).

1

1    Plaintiff has failed to demonstrate any legitimate basis for her request.  Although she
2 contends that the Postal Service maintains a policy of only accepting service through the U.S.
3 Marshals Service, she fails to provide any evidence in support of that belief.  Critically, in other
4 cases filed in this district against the Postmaster General, service has been completed without the
5 assistance of the U.S. Marshals Service.  *See, e.g.*, *Darnell v. DeJoy*, 2:21-cv-1557-TLN-DB
6 (E.D. Cal. 2021).
7    Accordingly, plaintiff's motion for an order directing the U.S. Marshals Service to
8 complete service of process, ECF No. 6, is DENIED.

IT IS SO ORDERED.

Dated:   April 22, 2025

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE

2