UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CASSANDRA L. JOHNSON,

Plaintiff,

v.

LOUIS DEJOY, et al.,

Defendants.

Case No. 2:25-cv-1058-DAD-JDP (PS)

ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING THIS ACTION WITHOUT PREJUDICE

(Doc. No. 9)

Plaintiff Cassandra L. Johnson filed the complaint initiating this civil rights action on April 9, 2025, and is proceeding *pro se*. (Doc. No. 1.) This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302(c)(21).

On April 23, 2025, the assigned magistrate judge issued an order denying plaintiff's motion for an order directing the U.S. Marshals Service to complete service of process on her behalf. (Doc. No. 7.) Thereafter, on November 19, 2025, the magistrate judge issued an order requiring plaintiff to show cause in writing within fourteen (14) why this action should not be dismissed due to plaintiff's failure to effect service or process within the time provided under the Federal Rules of Civil Procedure, Rule 4(m). (Doc. No. 8.) That order, which was served on plaintiff at her address of record, warned plaintiff that her failure to respond within the time provided would result in a recommendation that this action be dismissed without prejudice for failure to effect services of process. (*Id*. at 2.) Plaintiff did not respond to the order to show

cause in any way. Accordingly, on December 16, 2025, the magistrate judge issued the pending findings and recommendations recommending that this action be dismissed without prejudice due to plaintiff's failure to timely complete service of process. (Doc. No. 9.)

The pending findings and recommendations were served on plaintiff and contained notice that any objections thereto were to be filed within fourteen (14) days after service. (*Id.* at 2.) That time has long since passed with no objections, or any other submission, being filed by plaintiff.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the court concludes that the findings and recommendations are supported by the record and by proper analysis.

Accordingly:

1. The findings and recommendations issued on December 16, 2025 (Doc. No. 9) are adopted in full;
2. This action is dismissed without prejudice due to plaintiff's failure to timely complete service of process; and
3. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated: **October 14, 2026**

Dale A. Drozd

DALE A. DROZD
UNITED STATES DISTRICT JUDGE